**MINUTE BOOK**
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Court convened at 4:15 p.m. on June 15, 2011, and adjourned at 4:30 p.m.

PRESENT: <u>C. Michael Hill</u> , Magistrate Judge, Presiding
<u>Molly Davenport,</u>  Minute Clerk
Recorded FTR, Courtroom  6

### GRAND JURY REPORT

 X  Partial Report
 X  Jurors to Return on <u>Tuesday, July 12, 2011</u>
 X  Sealed  Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### SEALED  INDICTMENTS

| CASE NO. | WARRANT | SUMMONS |
|---|---|---|
| 2:11-cr-00136-01** | X | |
| 2:11-cr-00139-01** | X | |
| 5:11-cr-00062-01** | X | |
| 5:11-cr-00062-02** | X | |
| 5:11-cr-00062-03** | X | |
| 5:11-cr-00062-04** | X | |
| 5:11-cr-00062-05** | X | |
| 5:11-cr-00062-06** | X | |
| 5:11-cr-00062-08** | X | |
| 5:11-cr-00062-09** | X | |
| 5:11-cr-00062-11** | X | |
| 5:11-cr-00062-12** | X | |
| 5:11-cr-00062-13** | X | |
| 5:11-cr-00062-14** | X | |
| 5:11-cr-00062-15** | X | |
| 5:11-cr-00062-16** | X | |
| 5:11-cr-00062-17** | X | |
| 5:11-cr-00062-18** | X | |
| 5:11-cr-00062-19** | X | |
| 5:11-cr-00062-20** | X | |
| 5:11-cr-00062-21** | X | |
| 5:11-cr-00146-01 | X | |
| 5:11-cr-00146-02 | X | |
| 5:11-cr-00146-03 | X | |
| 5:11-cr-00146-04 | X | |
| 5:11-cr-00146-05 | X | |
| 5:11-cr-00146-06 | X | |
| 5:11-cr-00146-07 | X | |
| 5:11-cr-00146-08 | X | |
| 5:11-cr-00146-09 | X | |
| 5:11-cr-00146-10 | X | |
| 5:11-cr-00146-11 | X | |
| 5:11-cr-00146-12 | X | |
| 5:11-cr-00146-13 | X | |
| 5:11-cr-00146-14 | X | |

| Case No. | Warrant |
|---|---|
| 5:11-cr-00146-15 | X |
| 5:11-cr-00146-16 | X |
| 5:11-cr-00146-17 | X |
| 5:11-cr-00146-18 | X |
| 5:11-cr-00146-19 | X |
| 5:11-cr-00146-20 | X |
| 5:11-cr-00146-21 | X |
| 5:11-cr-00146-22 | X |

## OPEN INDICTMENTS

| CASE NO. | WARRANT | SUMMONS |
|---|---|---|
| 2:11-cr-00018-01*   ** | X | |
| 2:11-cr-00018-02*   ** | X | |
| 2:11-cr-00085-01** | X | |
| 2:11-cr-00085-02** | X | |
| 2:11-cr-00135-01 | | X |
| 2:11-cr-00137-01 | X | |
| 2:11-cr-00138-01 | X | |
| 6:11-cr-00140-01 | | X |
| 6:11-cr-00141-01*** | X | |
| 6:11-cr-00142-01* | X | |
| 6:11-cr-00143-01 | X | |
| 6:11-cr-00144-01**** | X | |

- X    Warrants/summons ordered issued as indicated.
- *    In Federal Custody
- **    Superceding Indictment
- ***    In ICE custody
- ****    In State Custody

Case 5:10-cr-00146-SMH-MLH Document 47 Filed 06/15/11 Page 2 of 2 PageID #: 58